**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

____Woolf et al_____
              Plaintiff(s)

v.                                          CIVIL ACTION NO. _12-cv-11351-GAO___

____United States of America_____
              Defendant(s)

**JUDGMENT IN A CIVIL CASE**

__D.J. O'Toole_____

_____   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__x___   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   In accordance with the Court's Findings of Fact, Conclusions of Law, And Order For Judgment, dated September 28, 2016**,** judgment is entered for the Plaintiffs' as follows; The total damage Darren Jr. Suffered is $ 1,272,752. Reduced by his contributory negligence of 20%, his damage award is $1,018, 201.60.
   Judgment shall enter in favor of Darren Jr. In the amount of $1,018, 201.60, in favor of Denise in the amount of $150,000, and in favor of Darren Sr. In the amount of $75,000 for a total judgment amount of $ 1,243,201.60.

                                          ROBERT M. FARRELL
                                          CLERK OF COURT


                                          /s/ Taylor Halley
Dated:__09/28/2016_____                  Deputy Clerk